1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JACK KAVANAUGH, an individual; and LESLIE KAVANAUGH, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOES 1 though 20, Inclusive,<br><br>　　　　　　Defendants.<br>_____ | Docket No. 2:14-CV-06280-AJW<br><br>Assigned to the<br>Hon. Andrew J. Wistrich<br>Courtroom 690<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date: January 19, 2016<br><br>Complaint Filed: July 16, 2014 |

/ / /

/ / /

/ / /

*MacGregor &*
*Berthel*

1   **IT IS HEREBY ORDERED**, that good cause appearing therefore, and
2   pursuant to a Stipulation of the Parties, that:
3       (1)    The entire action is hereby dismissed, with prejudice.
4       (2)    Each of the parties shall bear their own fees and costs for this action.
5       **IT IS SO ORDERED.**



7   Dated: September 21, 2015
                                **The Honorable Andrew J. Wistrich**
8                                       **Magistrate Judge of the District Court**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28